UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------

Trustees of the Westchester Putnam Counties Laborers' Local )
No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, )  JUDGE CONNER
Annuity, Education & Training, Legal Services, Industry )  Index No.
Advancement and Political Action Funds and the Laborers **08** )  **CIV. 3404**
International Union of North America Local No. 60, )
)  **Fed. R. Civ. Pro. 7.1**
Plaintiffs, )
)
      -against- )
)
DOREX CORP., )
)
)
)
Defendant. )

----------------------------------------------------------------------

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

Date:  March 31, 2008

                            _____
                             Karin Arrospide, Esq. (KA9319)

