UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

---

| | |
|---|---|
| Trustees of the Westchester Putnam Counties Laborers' Local No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, Annuity, Education & Training, Legal Services, Industry Advancement and Political Action Funds and the Laborers' International Union of North America Local No. 60, | 08-CIV-3404 (WCC)<br><br>ECF CASE<br><br>**ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT** |
| Plaintiffs, | |
| -against- | |
| DOREX CORP., | |
| Defendant. | |

---

CONNER, Sr. D.J.:

Upon consideration of Plaintiffs' request for Entry of Final Judgment by Default and supporting papers, it is hereby

ORDERED, that a conference be held on the 18th day of July, 2008 at 10:30 o'clock a.m. of that day or as soon thereafter as counsel can be heard why a Default Judgment for the relief requested in the Complaint should not be granted, and it is further

ORDERED, that sufficient cause appearing therefore, let service of a copy of this Order and supporting papers be made upon defendant DOREX CORP., by certified mail, return receipt requested on or before the 21st day of June, 2008, and such service shall be deemed good and sufficient service.

Dated: White Plains, New York
June 20, 2008

SO ORDERED:

_William C. Conner_
WILLIAM C. CONNER, Sr. U.S.D.J.

COPIES FAXED TO COUNSEL OF RECORD for 7