**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Westchester Putnam Counties Laborers' Local No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, Annuity, Education & Training, Legal Services, Industry Advancement and Political Action Funds and the Laborers' International Union of North America Local No. 60, <br><br> Plaintiffs, <br><br> -against- <br><br> DOREX CORP., <br><br> Defendant. | ) <br> ) <br> ) Index # 08CV3404 (WCC) <br> )    ECF CASE <br> ) <br> ) <br> ) AMENDED <br> ) **ORDER TO SHOW** <br> ) **CAUSE FOR** <br> ) **DEFAULT JUDGMENT** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

CONNER, Sr. D.J.:

Upon consideration of Plaintiffs' request for Entry of Final Judgment by Default and supporting papers, it is hereby

ORDERED, that a conference, previously scheduled to proceed on July 18, 2008 at 10:30 o'clock, shall be held on the _1st_ day of _Aug_, 2008 at _9:45_ o'clock a.m. of that day or as soon thereafter as counsel can be heard why a Default Judgment for the relief requested in the Complaint should not be granted, and it is further

ORDERED, that sufficient cause appearing therefore, let service of a copy of this Order and supporting papers be made upon defendant Dorex Corp. by overnight mail on or before the _14th_ day of _July_, 2008, and such service shall be deemed good and sufficient service.

SO ORDERED.

Dated: White Plains, New York
       July 9, 2008

WILLIAM C. CONNER, Sr. U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES FAXED

