## CERTIFICATE OF SERVICE

STATE OF NEW YORK      )
                                          ss.:
COUNTY OF WESTCHESTER)

Resa Bernardini, being duly sworn, deposes and says:

I am not a party to the within action, am over the age of 18 years and reside at Westchester County, New York. That on July 10, 2008, served a true copy of the Amended Order To Show Cause For Default Judgment by mailing a true copy of same enclosed in a post-paid wrapper by certified mail rrr in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed as follows:

> DOREX CORP.
> 592 RT. 22
> PAWLING, NY 12564

_Resa Bernardini_

Sworn to before me this
10th day July, 2008.

_Notary Public_

CHRISTIE S. ROOS
Notary Public, State of New York
No. 01RO6014276
Qualified in Westchester County
Commission Expires October 5, 2009

RECEIPT
7183 9113 0240 0000 2830

FROM:
Theresa Hach
RE:
DP:
PB:

SEND TO:
DOREX CORP.
592 RT 22
PAWLING, NY 12564

FEES:
Postage         0.39
Certified Fee   2.40
Return Receipt  1.85
Restricted
TOTAL           4.64

POSTMARK OR DATE
JUL 10 2008
USPS